```
_____ FILED _____ LODGED
          _____ RECEIVED
```

Oct 4 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TYLER L. WALLACE,<br><br>    Defendant. | No. CR11- 5483<br><br>INFORMATION<br><br>(Misdemeanor) |

The United States Attorney charges that:

On or about August 14, 2011, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, TYLER L. WALLACE, did drive a motor vehicle while under the influence of intoxicating liquor/drugs.

///
///
///
///
///
///
///

INFORMATION
United States v. TYLER L. WALLACE
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
jblmforscomicorpssjasausa@conus.army.mil

All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.61.502.

DATED this 4th day of October, 2011.

JENNY A. DURKAN
United States Attorney

_____
ALEXANDER H. KWON
Special Assistant United States Attorney

INFORMATION
United States v. TYLER L. WALLACE
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
jblmforscomicorpssjasausa@conus.army.mil