AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## WEST DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA
V.
WALLACE, TYLER L

**WARRANT FOR ARREST**

FILED LODGED RECEIVED
JAN 31 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

Case Number: CR11-5483

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **WALLACE, TYLER L**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☑ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
FAILURE TO APPEAR FOR TRIAL ON 01/23/2012:
DUI

2012 JAN 27 P 1:06
RECEIVED
UNITED STATES ... TACOMA

in violation of Title __18__ United States Code, Section(s) __7 and 13__

Kim Brye
Name of Issuing Officer

Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

January 27, 2012 at Tacoma, Washington
Date and Location

**11-CR-05483-WRNT**

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Tacoma, WA

| DATE RECEIVED 1/27/12 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 1/30/12 | Erik Zundome DUSM | [signature] |